Torrence M. Burtnett, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.; Clarke, J., dissented.